Dorothy Hawkes GALT, Appellant, v. Harriet Virginia GALT, Appellee.

No. 8377.

United States Court of Appeals for the District of Columbia.
Argued Oct. 12, 1943.
Decided Oct. 25, 1943.

Mr. J. Edward Bindeman, of Washington, D. C., for appellant.

Mr. F. Regis Noel, of Washington, D. C., for appellee.

Before GRONER, Chief Justice, and EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the order is, therefore,

Affirmed.

Howard E. BATTLE, Appellant, v. Lightfoot S. MICHAUX, Appellee.

No. 8388.

United States Court of Appeals for the District of Columbia.
Argued Oct. 13, 1943.
Decided Oct. 25, 1943.

Mr. Ernest C. Dickson, of Washington, D. C., for appellant.

Mr. James A. Cobb, of Washington, D. C., with whom Messrs. Perry W. Howard and George E. C. Hayes, both of Washington, D. C., appeared on the brief, for appellee.

Before GRONER, Chief Justice, and MILLER and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the judgment is, therefore,

Affirmed.